```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                        Case No. 14-03561-RNO
Damaris M. Reyes                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5　　　User: AutoDocke　　　Page 1 of 1　　　Date Rcvd: Jan 22, 2020
　　　　　　　　　　　　　　Form ID: fnldec　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.
db　　　　　　+Damaris M. Reyes,　　222 East Spruce Street,　　West Hazleton, PA 18202-4810

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:
　　　　　Alexandra Teresa Garcia　　on behalf of Creditor　　M&T BANK ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
　　　　　Ann E. Swartz　　on behalf of Creditor　M&T Bank ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
　　　　　Charles J DeHart, III (Trustee)　　TWecf@pamd13trustee.com
　　　　　James  Warmbrodt　　on behalf of Creditor　　M&T BANK bkgroup@kmllawgroup.com
　　　　　James  Warmbrodt　　on behalf of Creditor　　M&T Bank bkgroup@kmllawgroup.com
　　　　　John F Goryl　　on behalf of Creditor　　M&T BANK bkgroup@kmllawgroup.com
　　　　　Joshua I Goldman　　on behalf of Creditor　　M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　　Recovery Management Systems Corporation　　claims@recoverycorp.com
　　　　　Thomas I Puleo　　on behalf of Creditor　　M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　　Tullio  DeLuca　　on behalf of Debtor 1 Damaris M. Reyes tullio.deluca@verizon.net
　　　　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Damaris M. Reyes,<br>**Debtor 1** | Chapter 13<br>Case No. 5:14–bk–03561–RNO |

Social Security No.:
    xxx–xx–9807

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: January 22, 2020

By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DeborahGeorge, Deputy Clerk

**fnldec** (05/18)